UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVANAN MAHARAJ,<br><br>                              Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>                              Defendant. | Case No.: 20cv64-BAS-LL<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO AMEND SCHEDULING ORDER AND CONTINUE MOTION TO COMPEL DEADLINE**<br><br>**[ECF No. 26]** |

Currently before the Court is the Parties' "Joint Motion for Stipulation to Amend Scheduling Order and Continue Motion to Compel Deadlines." ECF No. 26.  The Parties' request that the Court: (1) extend the deadline for Plaintiff to file a Motion to Compel further responses to Plaintiff's April 17, 2020 discovery requests; and (2) continue the deadlines set forth in the Court's April 1, 2020 Scheduling Order. Id. at 2. The Court **GRANTS IN PART** and **DENIES IN PART** the Parties' Joint Motion for the reasons set forth below.

## I.   MOTION TO COMPEL

On June 12, 2020, counsel for Plaintiff, David X. Lin, and counsel for Defendant, Arthur F. Silbergeld and Keith Joseph Rasher, contacted the Court regarding Plaintiff's request to file a Motion to Compel further responses to Plaintiff's discovery requests. ECF

No. 24. In response, the Court issued a briefing schedule. See id.

Subsequent to the Court's Order, the Parties represent that they have continued to "meet and confer in good faith to resolve their dispute." ECF No. 26 at 3. In particular, Defendant has stipulated to provide substantive responses to Plaintiff's Interrogatories. Id. at 3. The Parties further state the Court's ruling on Defendant's pending Motion to Dismiss or Stay [ECF No. 23] may narrow or resolve many of the Parties' issues. Id. For these reasons, the Parties request that the Court extend the deadline for Plaintiff to file a Motion to Compel.

Good cause shown, the Court **GRANTS** the Parties' Joint Motion. Plaintiff may bring a Motion to Compel further responses to Plaintiff's April 17, 2020 Requests for Productions and Interrogatories on or before **July 22, 2020**, if all efforts to resolve the dispute have been exhausted and are unsuccessful.

The Parties are **DIRECTED** to contact the Chambers of the undersigned Magistrate Judge to setup a discovery dispute telephone conference prior to filing any such Motion with the Court.

## II.   THE COURT'S APRIL 1, 2020 SCHEDULING ORDER

On April 1, 2020, the Court issued the Scheduling Order in this case. ECF No. 12. The Parties request that all of the deadlines in the Court's April 1, 2020 Scheduling Order be continued by ninety days or the earliest date thereafter. ECF No. 26 at 3-4. In support, the Parties state they "will not have sufficient time . . . to complete all written class discovery" by the class discovery deadline currently set for July 31, 2020. Id. at 3. The Parties also assert "state-wide social distancing mandates and business closures" due to the COVID-19 pandemic have impacted the Parties' ability to schedule and take depositions. Id.

While the Court finds good cause to extend the class discovery and class certification deadlines, the Parties have not provided any explanation for their retroactive request to extend the May 13, 2020 deadline for the Parties to file a motion to join other parties, amend the pleadings, or file additional pleadings—a deadline that expired over a month

ago. An extension of a deadline already expired requires a showing of "excusable neglect"—not merely "good cause." See Fed. R. Civ. P. 6(b)(1)(B); Mireles v. Paragon Sys., No. 13-CV-122-L (BGS), 2014 U.S. Dist. LEXIS 17230, at *6 (S.D. Cal. Feb. 11, 2014) ("[A] party moving to amend a pleading after a scheduling order deadline has passed must support the motion by demonstrating both excusable neglect and good cause.").

For these reasons, and after considering the procedural posture of this case, the Court **GRANTS IN PART** and **DENIES IN PART** the Parties' request as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| Deadline to file motion to join other parties, amend the pleadings, or file additional pleadings | May 13, 2020 | Unchanged |
| Deadline to complete class discovery | July 31, 2020 | November 2, 2020 |
| Deadline to file motion for class certification | September 18, 2020 | December 18, 2020 |

**IT IS SO ORDERED.**

Dated:  June 22, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge

3

20cv64-BAS-LL